This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-40224**

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v.

**RONNIE JAMES,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**Curtis R. Gurley, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
Emily Bowen, Assistant Attorney General
Albuquerque, NM

for Appellant

Law Office of Mark A. Curnutt, LLC
Mark A. Curnutt
Farmington, NM

for Appellee

### MEMORANDUM OPINION

**MEDINA, Judge.**

**{1}** Summary reversal and remand were proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal and remand has been filed, and the time for doing so has expired. **REVERSED AND REMANDED.**

**{2}** **IT IS SO ORDERED.**

**JACQUELINE R. MEDINA, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Chief Judge**

**SHAMMARA H. HENDERSON, Judge**